UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AARON FULK,

                Plaintiff,

    v.

ALAN NANCE, *et al.*,

                Defendants.

Case No. C24-2175-LK-SKV

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

      Plaintiff has submitted to the Court for filing a civil rights complaint and an application to proceed with this action *in forma pauperis*. *See* Dkts. 1, 1-1. Plaintiff's application demonstrates that he is unable to afford the filing fee for this action. Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED. The Clerk is directed to file Plaintiff's complaint without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Plaintiff.

      Dated this 14th day of January, 2025.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge